IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLITZSAFE TEXAS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. §     CIVIL ACTION NO. 2:21-CV-00293-JRG <br> § <br> ALPS ALPINE CO., LTD., ALPINE § <br> ELECTRONICS, INC., § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is Plaintiff Blitzsafe Texas, LLC ("Blitzsafe") and Defendants Alps Alpine Co., Ltd and Alpine Electronics, Inc.'s (collectively, "Alpine"; together with Blitzsafe, the "Parties") Joint Motion to Dismiss (the "Motion"). (Dkt. No. 38). In the Motion, the Parties request that the Court dismiss Blitzsafe's claims for relief against Alpine with prejudice and dismiss Alpine's claims, defenses, and counterclaims for relief against Blitzsafe without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Blitzsafe's claims and causes of action against Alpine are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Alpine's claims, defenses, and counterclaims for relief against Blitzsafe are **DISMISSED WITHOUT PREJUDICE**. Each of the Parties shall bear its own costs, fees, and attorney's fees.

The Clerk of the Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 17th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE